```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16858
  SANTOS PANTOJA
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-8598


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/15/2007 and was not confirmed.

     The case was dismissed without confirmation 12/20/2007.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC    13822.00            .00           .00
NATIONWIDE CASSEL         SECURED VEHIC     4095.01            .00           .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE         .00            .00           .00
WILSHIRE CREDIT CORP      CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORP      MORTGAGE ARRE         .00            .00           .00
BENEFICIAL HFC            UNSEC W/INTER NOT FILED             .00           .00
HSBC NV                   UNSEC W/INTER NOT FILED             .00           .00
PALISADES COLLECTIONS     UNSEC W/INTER NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      537.77            .00           .00
CITIFINANCIAL AUTO CREDI  UNSEC W/INTER      341.64            .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                        .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16858 SANTOS PANTOJA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |